In the Matter of Proving the Last Will and Testament of FLORENCE ADELAIDE PRATT, Deceased, as a Will of Real and Personal Property. MARGARET ALEXANDRIA ALEXANDER, Contestant, Appellant, GUARANTY TRUST COMPANY OF NEW YORK, Proponent, Respondent, and MARY CLARE TAVERNOR and Others, Respondents, and Madame PAUL ESCOFFIER.— Decree, so far as appealed from, dismissing objections of contestant to probate, admitting will to probate and decreeing that decedent was a resident of Newport, R. I., who at the time of her death left tangible property in New York county, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [152 Misc. 560.]

In the Matter of Proving the Last Will and Testament of FLORENCE ADELAIDE PRATT, Deceased, as a Will of Real and Personal Property.— Motion for an order directing the taking of further testimony and documentary evidence, on the appeal from the surrogate's decree herein admitting will to probate, under section 309 of the Surrogate's Court Act, denied, with ten dollars costs. Settle order on notice. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of SARA V. GALLAGHER, Respondent, for a Peremptory Mandamus Order Directing and Compelling LEWIS J. VALENTINE, Commissioner of Police of the City of New York, Trustee of the Police Pension Fund, Appellant, to Grant and Allow SARA V. GALLAGHER, Petitioner, a Widow's Pension, Pursuant to Sections 354 and 355 of the Greater New York Charter.— Order granting petitioner's motion for a peremptory order of mandamus directing the police commissioner of the city of New York, trustee of the police pension fund, to grant petitioner a widow's pension pursuant to sections 354 and 355 of the Greater New York Charter, reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; Glennon, J., dissents and votes to modify the order by granting an alternative order of mandamus.

MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Appellant, v. PALOMA ESTATES, INC., Defendant, Respondent, and COMMITTEE FOR C-2 MORTGAGE CERTIFICATE HOLDERS, Respondent.— Order vacating order appointing Ralph W. Long and M. M. Edelstein, receivers of the rents, issues and profits of the premises known as 200 West Eighty-sixth street in the borough of Manhattan, unanimously affirmed, with twenty dollars costs and disbursements to the respondent Paloma Estates, Inc. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GREAT NORTHERN FUR DYEING CORP., Appellant, v. NORTH AMERICAN FUR DYEING AND DRESSING CORP., Sued Herein as NORTH AMERICAN DYEING CO., Respondent.— Order denying plaintiff's motion for a temporary injunction unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

BARRY BRADY, Respondent, v. CHASE HARRIS FORBES CORPORATION, Appellant. — Order granting plaintiff's motion for examination before trial of defendant and directing the production of defendant's books, papers and correspondence, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy. O'Malley, Townley and Glennon, JJ.